IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| KYLIE NOAKES, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 24-04006-CV-BP |
| QUAKER WINDOW PRODUCTS CO., | ) |
| Defendant. | ) |

**CLERK'S ORDER OF DISMISSAL**

On the 28th day of March 2024, a Notice of Voluntary Dismissal without Prejudice was filed herein,

IT IS ORDERED that Plaintiffs' complaint is hereby **DISMISSED** without prejudice against Defendant Quaker Window Products Co. Each party to bear their own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: March 29, 2024